543 A.2d 1091

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Donald L. GAERTTNER, Petitioner.**

Supreme Court of Pennsylvania.

July 18, 1988.

## ORDER

**PER CURIAM.**

The Petition for Allowance of Appeal is granted. The matter is remanded to Superior Court for consideration of the issues raised in Petitioner Donald L. Gaerttner's *pro se* brief. Jurisdiction is relinquished.